IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAROLYN SIERRA, Individually and as the
Next Friend of RITA GARCIA, an incapacitated
Person, and DANIEL ANDREW GARCIA, Individually,
and JULIAN PATRICK GARCIA, Individually,

    Plaintiffs,

vs.                                                                  2:18-CV-00793-KG-GJF

WAL-MART STORES EAST, LIMITED
PARTNERSHIP, and KRYSTAL ANNE LABONTE,
Pharmacist, and JOHN and JANE DOES I-X,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS

THIS MATTER having come before the Court upon the parties' Joint Motion for Order of Dismissal with Prejudice of All Claims Against Defendants, the Court, having considered the Joint Motion, and being advised that the parties have resolved this matter, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims that were, or could have been, brought against Defendants, or any related entities or individuals, are dismissed with prejudice. Each party shall bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

MODRALL SPERLING ROEHL HARRIS & SISK, P.A.

By: ___/s/ Tiffany L. Roach Martin____
     Tiffany L. Roach Martin
     R.E. Thompson
     P.O. Box 2168
     Albuquerque, New Mexico 87103-2168
     (505) 848-1800
     *Attorneys for Wal-Mart Stores East, L.P.*


Approved By:

HARMON, BARNETT & MORRIS, P.C.

By: */s/ Tye Harmon*_____
     Tye Harmon
     119 South Main Street
     Clovis, NM 88101
     *Attorney for Plaintiffs*